**Order entered September 20, 2017**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00539-CV

### IN THE INTEREST OF A.R.M., A CHILD

### On Appeal from the 330th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DF-13-09646

## ORDER

Before the Court is appellant's September 18, 2017 unopposed third motion to extend time for filing brief. We **GRANT** the motion and **ORDER** the brief be filed no later than September 25, 2017.

/s/     CRAIG STODDART
           JUSTICE